This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38361**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**PATRICK MONTOYA,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alisa A. Hart, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM
Steven J. Forsberg, Assistant Appellant Defender
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Defendant has appealed following his convictions for DWI and failure to maintain lane. We previously issued a notice of proposed summary disposition proposing to affirm. Defendant has filed a memorandum in opposition. After due consideration, we remain unpersuaded.

**{2}** Because the relevant background information has previously been set forth, and there is no dispute relative thereto, [MIO 1] we will avoid undue reiteration, and proceed directly to the content of the memorandum in opposition.

**{3}** Defendant continues to assert that the district court erred in denying his motion to suppress. [MIO 1]  However, Defendant offers no additional argument or authority in support of his position.

**{4}** As we previously observed, [CN 2] the district court thoroughly and thoughtfully considered this issue, and duly concluded that Defendant was not prejudiced. [RP 107-13] Succinctly stated, we perceive no error.

**{5}** Accordingly, we affirm.

**{6}** **IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**ZACHARY H. IVES, Judge**